# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SAVAGE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-724 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| DEPARTMENT OF CORRECTIONS, *et.al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 29, 2014, the Magistrate Judge issued a Report (Doc. 6) recommending that Plaintiff's Complaint (Doc. 3) be dismissed without prejudice for failure to follow the Court's Order dated June 25, 2014, requiring him to pay an initial partial filing fee of $13.57, or otherwise show cause why the case should not be dismissed. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Plaintiff's Complaint (**Doc. 3**) is **DISMISSED** without prejudice for failure to follow the Court's Order dated June 25, 2014, requiring him to pay an initial partial filing fee, or otherwise show cause why this case should not be dismissed. The Magistrate Judge's Report and

Recommendation dated September 29, 2014, hereby is adopted as the Opinion of the District Court.

    IT IS SO ORDERED.

October 22, 2014                                    s\Cathy Bissoon
                                                       Cathy Bissoon
                                                       United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

William Savage
JN8912
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450-0999