# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SAVAGE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 14-724 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Cynthia Reed Eddy |
| DEPARTMENT OF CORRECTIONS, ) | |
| *et.al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On December 8, 2015, the Magistrate Judge issued a Report (Doc. 33) recommending that CO of the Prison and Department of Corrections in Pittsburgh's ("Defendants'") Motion to Dismiss (Doc. 20) be granted, and that Plaintiff's Complaint (Doc. 3) be dismissed with prejudice for failure to state a claim pursuant to relevant statutes of limitations. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendants' Motion to Dismiss (**Doc. 20**) is **GRANTED**. Plaintiff's Complaint (**Doc. 3**) is **DISMISSED** with prejudice. The Magistrate Judge's Report and Recommendation dated December 8, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

January 5, 2016                                     s\Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

William Savage
JN8912
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450-0999